**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **IN RE:** | **Case No.: 17-13588-WIL** |
| **Shannon Terrell** | **Chapter 13** |
| **Debtor** | |
| **Address:**<br>**6004 Yeagertown Road**<br>**New Market, MD 21774** | |
| **Social Security No:**<br>**xxx-xx-9332** | |

******************

**NOTICE OF MOTION TO MODIFY**
**CHAPTER 13 PLAN AFTER CONFIRMATION**

A motion was filed on behalf of the debtor to modify the Chapter 13 Plan that has been confirmed in this case. Your rights may be affected. You should read these papers carefully and discuss them with your lawyer. If you do not have a lawyer, you may wish to consult one. A copy of the motion and proposed modified plan is attached.

If you do not want the court to grant the motion to modify the Chapter 13 Plan, or if you want the court to consider your views on the motion, then by December 17, 2018, (parties served by mail may add three (3) additional days to the response deadline) you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to the debtor, debtor's counsel, trustee and other related parties in accordance with Federal Bankruptcy Rule 3015(g).

If you file a timely response to the motion, the hearing on the motion will take place on February 12, 2018 at 10:00 a.m., Courtroom 3-C at the United States

Bankruptcy Court for the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Greenbelt, Maryland 20770.

If you or your lawyer do not file and serve a timely response to the motion, the court may find that you do not oppose the relief sought in the motion and may grant or otherwise rule on the motion without a hearing.

DATE: November 15, 2018

/s/Katherine J. Jones
Katherine J. Jones
Maryland Legal Aid
Midwestern Maryland Office
22 South Market Street, Suite 11
Frederick, MD 21701
240.575.5771
Fax: 301.698.2636
Attorney for Debtor

I HEREBY CERTIFY that on this 15th day of November, 2018, a copy of the Motion to Modify Chapter 13 Plan, all Exhibits, the Modified Chapter 13 Plan, Amended Schedules I and J, and this Notice were mailed via first class mail, to the following parties of interest:

Shannon Terrell
6004 Yeagertown Road
New Market, MD 21774-6327
*Debtor*

Nancy L. Spenser Grigsby
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600

Bethesda, MD 20814

And all parties listed in the Attached List of Creditors.

                                                Katherine J. Jones
                                                Maryland Legal Aid
                                                Midwestern Maryland Office
                                                22 South Market Street, Suite 11
                                                Frederick, MD 21701
                                                240.575.5771
                                                Fax: 301.698.2636
                                                Attorney for Debtor